IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-ct-3151-M

| | |
|---|---|
| ELIZABETH C. CARTER, Admx, of the ESTATE OF JONATHAN DAVID CARTER,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUTY JHON ALEXANDER DRAGO-CASTANO and LT. CHARLES AARON WEAVER, in their individual capacities as law enforcement officers with the Duplin County Sheriff's Dept., BLAKE WALLACE, in his official capacity as SHERIFF OF DUPLIN COUNTY, and WESTERN SURETY COMPANY as surety,<br><br>Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

NOW COME the Plaintiff and all Defendants, by and through their undersigned counsel of record, pursuant to Rule 41(a)(1)(A)(ii), and hereby stipulate to the voluntary dismissal with prejudice of all claims and this action with each party to bear their own costs.

Consented to and stipulated to, this, the 19th day of June, 2024.

**Strickland Agner Pittman**

/s/Eric L. Doggett
Eric L. Doggett
NC Bar No. 39639
112 N. William Street
Goldsboro, NC 27530
Tel. (919) 735-8888
Fax. (919) 835-8450
Eric@StricklandLawNC.com
*Attorney for Plaintiff*

**Everett, Womble & Lawrence, LLP**

/s/Ronald T. Lawrence, II
Ronald T. Lawrence, II
NC Bar No. 22162
P.O. Drawer 1678
203 N. William St.
Goldsboro, NC 27533
Tel. (919) 778-6707
Fax (919) 751-2598
rlawrence@goldsboronclawyers.com
*Attorney for Plaintiff*

**Womble Bond Dickinson (US) LLP**

/s/ Bradley O. Wood
Bradley O. Wood
N.C. State Bar No.: 22392
James R. Morgan, Jr.
N.C. State Bar No.: 12496
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 728-7012
Facsimile: (336) 726-6913
E-mail: jim.morgan@wbd-us.com
E-mail: brad.wood@wbd-us.com
*Counsel for defendants Deputy Jhon Alexander Drago-Castano, Lieutenant Charles Aaron Weaver, Sheriff Blake Wallace, and Western Surety Company*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all defendants as shown below:

**Womble Bond Dickinson (US) LLP**

Bradley O. Wood
James R. Morgan, Jr.
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 728-7012
Facsimile: (336) 726-6913
E-mail: jim.morgan@wbd-us.com
E-mail: brad.wood@wbd-us.com
*Counsel for defendants Deputy Jhon Alexander Drago-Castano, Lieutenant Charles Aaron Weaver, Sheriff Blake Wallace, and Western Surety Company*

Respectfully submitted,

**Strickland Agner Pittman**

/s/Eric L. Doggett
Eric L. Doggett
NC Bar No. 39639
112 N. William Street
Goldsboro, NC 27530
Tel. (919) 735-8888
Fax. (919) 835-8450
Eric@StricklandLawNC.com
*Attorney for Plaintiff*